■ ELLA SHIRWINDT et al., Respondents, v LONG BEACH MEMORIAL HOSPITAL, Appellant.—Order of the Supreme Court, Nassau County, entered May 30, 1985, affirmed, with costs, for reasons stated by Justice Lockman at Special Term. Thompson, J. P., Rubin, Lawrence and Kunzeman, JJ., concur.